# UNITED STATES DISTRICT COURT
## District of Minnesota

Jonathan Geovany Suruy Lopez

Petitioner,

v.

Pamela Jo Bondi, Kristi Noem, Todd Lyons, David Easterwood

Respondent(s).

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-00322-PAM-DLM

---

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Petition (Docket No. 1) is DENIED; and
2. This action is DISMISSED without prejudice.

Date: 2/6/2026

KATE M. FOGARTY, CLERK